IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRAXTON J. MOORE, | Civ. No. 3:22-CV-2073 |
| Plaintiff, | |
| v. | |
| ERIC JAMES FILER, et al., | (Magistrate Judge Bloom) |
| Defendants. | |

## ORDER

AND NOW, this 24th day of January 2024, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motions to dismiss (Docs. 20, 22, 34, 38) are GRANTED, and Moore's complaint is dismissed with prejudice. The Clerk of Court is directed to close this case.

*S/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge